No. A–1320. ATCHISON, TOPEKA & SANTA FE RAIL-
WAY CO. ET AL. *v.* WICHITA BOARD OF TRADE ET AL.
D. C. Kan.

On consideration of the appellants' application for
stay, the appellees' reply to the application, and the
affidavits and memoranda filed in support of the appli-
cation and reply, IT IS ORDERED:

(1) That, subject to the condition set forth in para-
graph 2 herein, the judgment of the United States Dis-
trict Court for the District of Kansas entered in this
matter on June 8, 1972, be and hereby is stayed pend-
ing a final determination of the appeal by this Court.

(2) That, as a condition of the foregoing stay, each
railroad collecting in-transit grain inspection charges
under the challenged tariffs shall immediately take steps,
including publication of appropriate provisions in appli-
cable tariffs, to do the following:

    (a) keep accurate accounts in detail of all amounts
hereafter received during the existence of the stay
by reason of in-transit grain inspection charges,
specifying by whom and in whose behalf such
amounts are paid; and

    (b) in the event the order suspending the charges
is affirmed by this Court, refund (with interest) of

such amounts to persons in whose behalf such amounts were paid, without the necessity for such persons to make applications for refunds. In the event this Court's action should be other than in affirmance of the results reached by the District Court, this Court may make such further order concerning the disposition of the aforesaid amounts as the Court may deem appropriate.